B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 09–27444**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Mary A Campbell
  34 N. Parkside #51
  Glen Ellyn, IL 60137

Social Security / Individual Taxpayer ID No.:
  xxx–xx–3293

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>November 10, 2009</u>   <u>Kenneth S. Gardner, Clerk</u>
                                  United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dpruitt              Page 1 of 1            Date Rcvd: Nov 10, 2009
Case: 09-27444                Form ID: b18               Total Noticed: 17
```

The following entities were noticed by first class mail on Nov 12, 2009.
```
db          +Mary A Campbell,    34 N. Parkside #51,    Glen Ellyn, IL 60137-5745
aty         +Jon N. Dowat,    Thinking Outside the Box, Inc.,    4320 Winfield Road Suite 200,
              Warrenville, IL 60555-4023
tr          +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
14239865     Bay Finance Company, LLC,    PO Box 1143,    Wausau, WI 54402-1143
14239866    +Brite Vacation Club,    24 N. Washington,    Suite 100,    Batavia, IL 60510-2614
14239869    +Chicago Dizziness & Hearing,    645 N. Michigan Ave,    Chicago, IL 60611-2826
14239870    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14239871    +City of Racine, Wisconsin,    City Hall - Room 307,    730 Washington Ave,    Racine, WI 53403-1146
14239872     Culligan,    PO Box 5277,    Carol Stream, IL 60197-5277
14239874    +Mortgage Service Cente,    Sbrp - 4001 Leadenhall Rd,    Mt Laurel, NJ 08054-4611
14239876    +Racine Water & Wastewater Utilities,    800 Center Street, Rm. 227,    Racine, WI 53403-1481
14239880    +Us Bank Home Mortgage,    Attn: Bankruptcy Dept,    Po Box 5229,    Cincinnati, OH 45201-5229
```
The following entities were noticed by electronic transmission on Nov 10, 2009.
```
tr          +EDI: QDRBROWN.COM Nov 10 2009 19:08:00      David R Brown, ESQ,
              Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,    Suite 330,
              Wheaton, IL 60187-4547
14239864    +EDI: BANKAMER.COM Nov 10 2009 19:03:00      Bank Of America,    Attn: Bankruptcy NC4-105-02-77,
              Po Box 26012,    Greensboro, NC 27420-6012
14239870    +EDI: CITICORP.COM Nov 10 2009 19:03:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14239873    +EDI: DISCOVER.COM Nov 10 2009 19:03:00      Discover Fin,    Attention: Bankruptcy Department,
              Po Box 3025,    New Albany, OH 43054-3025
14239880    +EDI: USBANKARS.COM Nov 10 2009 19:08:00      Us Bank Home Mortgage,    Attn: Bankruptcy Dept,
              Po Box 5229,    Cincinnati, OH 45201-5229
14239881    +EDI: AFNIVZWIRE.COM Nov 10 2009 19:08:00      Verizon Wireless,    777 Big Timber Road,
              Elgin, IL 60123-1401
14239883    +E-mail/Text: Bankruptcy-Notifications@we-energies.com                           Wi Electric,
              Po Box 2046,    Milwaukee, WI 53201-2046
14239882    +E-mail/Text: Bankruptcy-Notifications@we-energies.com                           Wi Electric,
              Attention: Bankruptcy,    Po Box 2046,    Milwaukee, WI 53201-2046
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14239863     Abn Amro Mortgage Grou
14239867     Chase
14239868     Chase
14239875*   +Mortgage Service Cente,    Sbrp - 4001 Leadenhall Rd,    Mt Laurel, NJ 08054-4611
14239879*   +Racine Water & Wastewater Utilities,    800 Center St., Rm. 227,    Racine, WI 53403-1481
14239877*   +Racine Water & Wastewater Utilities,    800 Center Street, Rm. 227,    Racine, WI 53403-1481
14239878*   +Racine Water & Wastewater Utilities,    800 Center Street, Rm. 227,    Racine, WI 53403-1481
14239884*   +Wi Electric,    Po Box 2046,    Milwaukee, WI 53201-2046
14239885*   +Wi Electric,    Po Box 2046,    Milwaukee, WI 53201-2046
                                                                                             TOTALS: 3, * 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2009**          **Signature:** *Joseph Speetjens*